# EXHIBIT G



April 18, 2025

*Sent via email to* nschulte@axiomstrategies.com

Garrison Management Group LLC
800 W 47th St
Ste 200
Kansas City, MO 64112

**Zurich American Insurance Company**
**Management Solutions Group**

**Candice Blain**
**Claims Professional**

P.O. Box 968041
Schaumburg, IL 60196-8041

Telephone (404) 851-3421
Fax (866) 255-2962
http://www.zurichna.com
candice.blain@zurichna.com

| RE: | Insurer: | Zurich American Insurance Company |
|---|---|---|
| | Policyholder: | Garrison Management Group LLC |
| | Policy No.: | MPL 7647590 – 00 |
| | Policy Period: | August 7, 2022 to August 7, 2023 |
| | Policy Limit: | $1,000,000 |
| | Retention: | $25,000 |
| | Claimant: | Community Schools Initiative |
| | File No.: | 9410723592 |

Dear Garrison Management Group LLC:

Zurich American Insurance Company ("Zurich") previously acknowledged receipt of the following documents:

> *Complaint, filed March 20, 2023 styled <u>Community Schools Initiative, a Nevada Political Action Committee with rights assigned in trust to Lex Tecnica, Ltd., v. Vanguard Field Strategies, LLC, Jeff Roe, Axiom, LLC dba Axiom Strategies, Garrison Management Group, LLC</u> filed in the United States District Court, District of Nevada Case No. 2:23-cv-00069-APG-EJY (the "Complaint").*

This letter is intended to briefly summarize the coverage afforded under Policy No. MPL 7647590 – 00 (the "Policy"). The Policy should be read in conjunction with this letter as this letter does not, nor is it intended to, change or alter any of the terms and conditions of the Policy. We are directing this letter to the authorized representative of Garrison Management Group, LLC (the "Insured"). To the extent that you are not acting on their behalf for insurance coverage purposes, we ask that you forward a copy of this letter to its authorized insurance representatives for its information and forward us the correct contact information.

Zurich appreciates Garrison Management Group, LLC as a customer and is committed to working closely with you in this matter. If you have any questions after reading this letter regarding Zurich's coverage position, and the practical impact of the reservation of rights contained herein, please feel free to contact us.

Confidential \ Personal Data

A. <u>The Complaint</u>

The Claim was made through a Complaint, filed March 20, 2023 styled Community Schools Initiative, a Nevada Political Action Committee with rights assigned in trust to Lex Tecnica, Ltd., ("Plaintiff") v. Vanguard Field Strategies, LLC, Jeff Roe, Axiom, LLC dba Axiom Strategies, Garrison Management Group, LLC (collectively "Defendants") filed in the United States District Court, District of Nevada Case No. 2:23-cv-00069-APG-EJY (the "Claim").

In the Complaint, the Plaintiff alleges that Defendants defrauded Plaintiff into paying them more than $2,200,000 to gather signatures in support of a ballot initiative to improve Nevada schools, all while knowingly gathering fraudulent and forged signatures. Plaintiff alleges (1) breach of contract, (2) breach of implied covenant of good faith and fair dealing, in connection with the contract, (3) unjust enrichment, in the alternative, (4) fraudulent inducement, (5) fraudulent misrepresentation/fraud, (6) negligent misrepresentation, and (7) deceptive trade practices. Plaintiff demands (1) general, compensatory, expectation, and consequential damages in excess of $2,200,000.00 to be determined at trial, but in any event, greater than the jurisdictional minimum of $75,000, (2) preliminary and injunctive relief as Court agrees is necessary, including preserve evidence, (3) a finding that Defendants are alter egos of one another, (4) pre and post judgement interest, (5) punitive damages, including treble damages for fraud, (6) costs and attorney's fees, and (7) for any equitable relief that the Court deems appropriate.

B. <u>The Policy</u>

The Policy[1] is a claims-made policy that is effective for the **Policy Period** of August 7, 2022 to August 7, 2023. Pursuant to Item 6 of the Policy's Declarations, the Underwriter has issued Management and Company Liability coverage that provides coverage to the **Insureds** for **Loss** on account of a **Claim** for a **Wrongful Act** first made against the **Insured** during the **Policy Period**.

The Policy provides for an Aggregate Limit of Liability of 1,000,000, inclusive of costs and expenses incurred in defending all covered **Claims** in the **Policy Period** under the Management and Company Liability Coverage Part. Pursuant to Item 7 of the Policy's Declarations, the Policy is subject to a per **Claim** $25,000 Self-Insured Retention ("Retention") under the Management and Company Liability Coverage Part.

---

[1] The bolded and capitalized terms used in this letter and not otherwise defined shall have the meanings given to them in the Policy.

C.  Coverage Issues

Zurich recognizes that the allegations made by the Plaintiff have not been proven at this time and you should not interpret the following discussion as a suggestion by Zurich that any of the allegations have any legal or factual merit. Nonetheless, Zurich believes it is prudent to identify for you various issues that may give rise to coverage defenses. Potential coverage defenses identified by Zurich to date, based on the unsubstantiated allegations made by the Claimant, include the following:

**Management and Liability Coverage Part**

C.  COMPANY LIABILITY COVERAGE

The Insurer shall pay, on behalf of a **Company**, **Loss** on account of a **Claim** for **Wrongful Acts** first made against the **Company** during the Policy Period and reported pursuant to Section IX of the General Terms and Conditions.

First, in accordance with the above cited insuring clause, coverage will be provided for **Loss** on account of **Claim** for **Wrongful Acts** against the **Company**. Definitions, Section III. of the Management and Liability Coverage Part of the Policy provides in pertinent part:

A.  **Claim** means:

\*\*\*

2.  a civil proceeding against any **Insured** commenced by the service upon or other receipt of a complaint or similar pleading;

    for a **Wrongful Act**, including any appeal therefrom.

\*\*\*

G.  **Insureds** means the **Insured Persons** and, solely with respect to Insuring Clause B and Insuring Clause C, the **Company**.

\*\*\*

Confidential \ Personal Data

    Q.    **Wrongful Act** means:

        1.    any error, misstatement, misleading statement, act, omission, neglect, or breach of duty actually or allegedly committed or attempted by any of the **Insured Persons**, individually or otherwise, in their capacity as such, or in an **Outside Position**, or with respect to Insuring Clause C, by the **Company**;…

\*\*\*

We also refer you to Definitions, Section II, of the General Terms and Conditions of the Policy, which provides in pertinent part:

    C.    **Company** means, collectively, the **Policyholder** and its **Subsidiaries**, including any such organization as a debtor in possession under United States bankruptcy law or an equivalent status under the law of any other country.

\*\*\*

    U.    **Managers** means any natural person who was, now is or shall become (i) a manager, member of the Board of Managers or equivalent executive of a Company and (ii) a general partner, managing partner or equivalent executive of a partnership or joint venture that is expressly included as a Company by endorsement to this policy.

\*\*\*

    Y.    **Policyholder** means the organization designated in Item 1 of the Declarations.

\*\*\*

AA.  **Subsidiary** means:

    1.    any organization, other than a joint venture or partnership, in which more than fifty percent (50%) of the outstanding voting securities or voting rights representing the present right to vote for election of directors, trustees, **Managers** or equivalent executives is owned or controlled by one or more **Companies**;

\*\*\*

Confidential \ Personal Data

The Complaint is brought against Vanguard Field Strategies, LLC, Jeff Roe, Axiom, LLC dba Axiom Strategies, and Garrison Management Group, LLC. Garrison Management Group, LLC is the **Policyholder** listed in item 1 of the declarations, a **Company** under the Policy and therefore an **Insured**. Zurich has not been provided information to date regarding the **Insureds** relationship to the other listed Defendants, Vanguard Field Strategies, LLC and Axiom, LLC dba Axiom Strategies and Jeff Roe. To the extent any of these other Defendants are seeking coverage under the Policy, please immediately advise of their relationship with the **Insured**. Zurich reserves all rights with respect to the definition of insured under the Policy. Based on currently known information, the only Zurich Insured involved in this matter is the named Policyholder, Garrison Management Group, LLC. The instant Declination of coverage letter only pertains to the Policyholder. The other Defendants are not Insureds under the Zurich Policy.

Second, pursuant to the Management and Liability Coverage Part, Subsection IV, no coverage will be provided to the Insured under Insuring Clause C of the Management and Liability Section of the Policy, as the allegations made in the Complaint are specifically excluded by the Policy. As such, Zurich will not be providing coverage for this matter. We direct you to the following exclusions, which provide that Zurich will not provide coverage for any Claim arising out of:

   K. **Company Only**

   solely with respect to Insuring Clause C:

   1. **Breach of Contract**

      based upon, arising out of or attributable to any actual or alleged liability of the **Company** under any written, oral or implied contract or agreement, except to the extent that the **Company** would have been liable in the absence of such contract or agreement;

As amended by Endorsement No. 8:

   4. **Professional Services**

      based upon, arising out of or attributable to the rendering or failure to render any professional services or any errors or omissions alleged with respect to the rendering or failure to render any professional services for others with respect to any of its business activities, regardless of whether the **Insured** is paid a fee for those services, which includes any business activities in which the **Insured** is engaged;

Confidential \ Personal Data

7. **Advertising/Product Defect**

    b. failure of goods, products, brands or services to conform with any statements, representations or any express or implied warranties made in advertising (including, but not limited to advertising via newspapers, magazines, journals, broadcast, radio, television, internet, social media, mailers, contests, sponsorships, endorsements and posters), promotions, marketing or labeling;

Endorsement No. 7 adds the following Policy Exclusion:

**Lobbying Activity**
based upon, arising out of or attributable to any civil, criminal, administrative or regulatory proceeding, investigation or inquiry against any **Insured Person** for violation of the Lobbying and Disclosure Act of 1995, or any other similar federal or state law while acting on behalf of the **Company**.

Amended by Endorsement No. 15:

    F. **Conduct**

based upon, arising out of or attributable to any **Insured**'s:

1. deliberate fraud;
2. criminal act or willful violation of any statute or regulation;
3. profit or remuneration to which such **Insured** was not legally entitled;

established by a final, non-appealable adjudication adverse to such **Insured** in any underlying proceeding not brought by the insurer; however, this exclusion shall not apply to **Defense Costs**;

\*\*\*

In accordance with the above cited exclusions, the allegations contained in the Complaint are specifically excluded by the Policy. Coverage for the following allegations contained in the Complaint are excluded by the **Breach of Contract** exclusion listed above: (1) breach of contract, (2) breach of implied covenant of

Confidential \ Personal Data

good faith and fair dealing, (3) unjust enrichment, (4) fraudulent inducement, (5) fraudulent misrepresentation/fraud, (6) negligent misrepresentation, and (7) deceptive trade practices, as these allegations are based upon, arising out of or attributable liability created by the June 14, 2022 contract between the Plaintiff and Defendants.

To the extent that allegations (2) through (7) were not based upon, arising out of or attributable liability created by the June 14, 2022 contract, coverage for these allegations would likewise be excluded under the **Professional Services** exclusion as the Defendants were alleged to have been performing professional services with respect to its business activities, namely gathering signatures on behalf of the Plaintiff pursuant to the terms of the contract.

Furthermore, coverage for allegations (3) through (7) would also be excluded under the **Advertising/Product Defect** exclusion as the services provided by the Defendants services are alleged to have not conformed with what had originally been advertised. Accordingly, Zurich must deny coverage for this matter.

Moreover, Zurich reserves all rights with respect to the Policy's Lobbying Activity and Conduct Exclusions.

Finally, pursuant to the management and Company Liability Coverage Part at III.H.5, Zurich reserves all rights with respect to whether this matter in uninsurable under the law pursuant to which this policy is construed.

Based on the foregoing and consistent with standard practices in these matters, Zurich disclaims coverage for the Claim. Notwithstanding the disclaimer, Zurich reserves all rights and defenses available under the Policy and at law to deny coverage on any of the foregoing bases and to deny coverage on any additional and alternative grounds as other terms, conditions, provisions, exclusions and endorsements, as well as any statements, representations or warranties in connection with the Policy application are found to apply. Zurich's coverage investigation is ongoing and Zurich reserves the right to supplement its coverage position for any reason at any time. The failure of Zurich to specify any policy term, right, condition, exclusion or other coverage defense in this letter or in any of its prior letters is not intended and should not be construed as a waiver of Zurich's right to rely on same.

If you have any questions or concerns regarding Zurich's preliminary coverage analysis, we invite you to contact us by either writing to the address listed above or by telephone at (404) 851-3421. If you believe that Zurich's coverage analysis set forth in this letter is incorrect, we also invite you to submit any additional materials or information that you believe that supports a contrary conclusion.

Very truly yours,
Zurich American Insurance Company
By:

Garrison Management, Group LLC
April 18, 2025
Page 8




Candice Blain
Claims Professional
Management Solutions Group
Zurich American Insurance Company

cc:	vharris@ironwoodins.com

Confidential \ Personal Data